## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MICROSOFT CORPORATION,

    Plaintiff,

v.                                                                    CASE NO: 8:07-cv-1117-T-26TGW

SERVANDO CRUZ, d/b/a CRUZ CAR
AUDIO AND COMPUTER; SERVANDO
CRUZ; EDD CRUZ, d/b/a CRUZ CAR
AUDIO AND COMPUTER; and EDD CRUZ,

    Defendants.
_____/

## O R D E R

Upon due consideration of Plaintiff's submissions, together with the court file, and the Court having expressly determined that there is no just reason for delay in the entry of judgment against Defendant Edd Cruz d/b/a Cruz Car Audio and Stereo pursuant to Rule 54(b), Federal Rules of Civil Procedure, it is ordered and adjudged as follows:

    1) Plaintiff's Motion for Default Judgment and Permanent Injunction (Dkt. 31) is granted.

    2) The Clerk is directed to enter judgment against Defendant Edd Cruz d/b/a Cruz Car Audio and Stereo and in favor of Plaintiff in the sum of $971,890.72, representing $970,000.00 in statutory damages and $1,890.72 in attorneys' fees and costs.

    **DONE AND ORDERED** at Tampa, Florida, on March 10, 2008.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:

Counsel of Record